**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Spencer & Associates, P.C. d/b/a The Spencer Law Firm v. Stephen Harper, Vicki Harper, and ZO Energy, Inc.*

Appellate case number:   01-18-00314-CV

Trial court case number: 2016-88479

Trial court:             189th District Court of Harris County

Date motion filed:       September 4, 2019

Party filing motion:     Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes and Landau.[1]

Date: August 18, 2020

---

[1]     Justice Laura Carter Higley was a member of the panel on original submission. Justice Higley retired from the Court after this motion for rehearing was filed. Pursuant to Texas Rule of Appellate Procedure 49.3, the remaining justices who participated in this case on original submission have considered and decided the motion for rehearing. *See* TEX. R. APP. P. 49.3.